**Opinion issued December 22, 2016**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-16-00958-CR

_____

## IN RE GREGORY CARRAWAY, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator, Gregory Carraway, proceeding pro se and incarcerated, has filed a petition for a writ of mandamus seeking to compel the respondent trial judge to rule on his pending pro se motion to set aside and vacate the judgment and sentence in his underlying criminal proceeding.[1]

---

[1]     The underlying case is *The State of Texas v. Gregory Carraway*, Cause No. 971663, in the 262nd District Court, Harris County, Texas, the Honorable Denise Bradley presiding.

We deny the petition for a writ of mandamus.  *See* TEX. R. APP. P. 52.8(a), (d).

## PER CURIAM

Panel consists of Justices Keyes, Higley, Lloyd.

Do not publish.  TEX. R. APP. P. 47.2(b).